AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA O'CONNELL | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00178 HG BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE | March 30, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting Defendants' Motion to Dismiss Complaint and Granting Defendants' Motion for Summary Judgment" filed on 3/29/06. It is also Ordered and Adjudged that Defendant's Motion for Summary Judgment is granted on Plaintiff's Claim for Retaliation under 42 USC Section 2000e et seq.

_____March 30, 2006_____         _____SUE BEITIA_____
Date                                                                              Clerk

                                                                                   _____
                                                                                   (By) Deputy Clerk