## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 30, 2006

TO ALL COUNSEL

Re:  CV 04-00178 HG-BMK
     PATRICIA O'CONNELL vs. JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 30, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
    Deputy Clerk

cc: all counsel and/or parties of record