ORIGINAL

SHAWN A. LUIZ 6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyLuiz@msn.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2006

at 3 o'clock and 25 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA O'CONNELL,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE,<br><br>  Defendants. | CIVIL NO. 04-00178 HG-BMK<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT; EXHIBIT "1"; CERTIFICATE OF SERVICE**<br><br>Honorable Helen Gillmor |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, PATRICIA O'CONNELL, by and through her counsel, Shawn A. Luiz, Esq., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (1) Order Granting Defendant's Motion to Dismiss Complaint and Granting Defendant's Motion for Summary Judgment, filed on March 29, 2006, by the United States District Court, attached hereto as Exhibit "1".

Plaintiff also appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case/Notice of Judgment, filed March 30, 2006, attached hereto as Exhibit "1".

This appeal is brought pursuant to Rules 3 and 4(a) of the Federal Rules of Appellate Procedure.

DATED: Honolulu, Hawaii, April 27, 2006.

                                              SHAWN A. LUIZ
                                              Attorney for Plaintiff
                                              PATRICIA O'CONNELL