IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA O'CONNELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants. | CIVIL NO. 04-00178 HG-BMK<br><br>**REPRESENTATION STATEMENT**<br><br>Honorable Helen Gillmor |

## REPRESENTATION STATEMENT

Plaintiff, PATRICIA O'CONNELL, hereby identifies the following parties to this action:

PATRICIA O'CONNELL
Plaintiff
Represented by:　　　SHAWN A. LUIZ 6855
　　　　　　　　　　　810 Richards Street
　　　　　　　　　　　Suite 800
　　　　　　　　　　　Honolulu, Hawaii 96813
　　　　　　　　　　　Telephone: (808) 538-0500
　　　　　　　　　　　Facsimile: (808) 538-0600
　　　　　　　　　　　E-mail: attorneyluiz@msn.com


JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE
Defendants
　　　Represented by:

Rachel S. Moriyama
Assistant U.S. Attorney
Room 6-10, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Rachel.Moriyama@usdoj.gov

DATED: Honolulu, Hawaii, April 27, 2006.

_____
SHAWN A. LUIZ

Attorney for Plaintiff