IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| PATRICIA O'CONNELL, | ) | CIVIL NO. 04-00178 HG-BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; UNITED STATES POSTAL SERVICE, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of foregoing was duly served on the following party on April 27, 2006 at their respective address by depositing the same with the U.S. Mail postage pre-paid and/or hand delivery.

TO: Rachel S. Moriyama
Assistant U.S. Attorney
Room 6-10, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Attorneys for Defendant

DATED: Honolulu, Hawaii, April 27, 2006.

SHAWN A. LUIZ
Attorney for Plaintiff