# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     O'Connell vs. Potter, etc, et al.

      **U.S. COURT OF APPEALS DOCKET NUMBER:** _06-15873_

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** CV 04-00178HG-BMK

II     **DATE NOTICE OF APPEAL FILED:**    04/27/2006

*RECEIVED CLERK, U.S. DISTRICT COURT MAY 10 2006 DISTRICT OF HAWAII*

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

      **DOCKET FEE PAID ON:** 04/27/2006      **AMOUNT:** $455.00

      **NOT PAID YET:**                **BILLED:**

      **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

      WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

      IF YES, SHOW DATE:       & ATTACH COPY OF ORDER/CJA

      WAS F.P. STATUS REVOKED:     DATE:

      WAS F.P. STATUS LIMITED IN SOME FASHION?

      IF YES, EXPLAIN:

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

      Bernadette Aurio

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)