IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-15873**   U.S. District Court Case No. **CV 04-00178 HG**

Short Case Title **O'CONNELL v. POTTER, et. al.**

Date Notice of Appeal Filed by Clerk of District Court **4/27/06**

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDING |
|---|---|---|
| 6/20/05 | Cynthia Fazio | ~~Voir Dire~~ Status Conference |
| 10/26/05 | Stephen Platt | ~~Opening Statements~~ Motion to Dismiss/Summary Judgment |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **5/26/06**   Estimated date for completion of transcript _____

Print Name of Attorney **SHAWN A. LUIZ**   Phone Number **(808) 538-0500**

Signature of Attorney _____

Address: SHAWN A. LUIZ, Attorney at Law, City Center, Suite 800, 810 Richards Street, Honolulu, Hawaii 96813

SECTION B - To be completed by court reporter

I, **Cynthia Fazio** (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**20** Approximate Number of Pages in Transcript--Due Date **6/29/06**

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **6/29/06**   Court Reporter's Signature **Cynthia Fazio**

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   **07-12-06**   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK