UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA O'CONNELL,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>JOHN E. POTTER, Postmaster General, United States Postal Service; UNITED STATES POSTAL SERVICE,<br><br>Defendants - Appellees. | No. 06-15873<br>D.C. No. CV-04-00178-HG<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered 4/17/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 15 2008
DISTRICT OF HAWAII