FILED

SEP 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICIA O'CONNELL,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General, United States Postal Service; et al.,<br><br>    Defendants - Appellees. | No. 06-15873<br><br>D.C. No. CV-04-00178-HG<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Before: HUG, RYMER, and RAWLINSON, Circuit Judges.

The motion to recall mandate and file a late petition for rehearing is

DENIED.