

ca9_ecfnoticing@ca9.uscourts.gov
09/12/2008 06:21 AM

To .uscourts.gov
cc
bcc
Subject  06-15873 O'Connell v. Potter, et al "Order Filed (From Chambers)"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/12/2008 at 9:21:31 AM PDT and filed on 09/12/2008

**Case Name:** O'Connell v. Potter, et al
**Case Number:** 06-15873
**Document(s):** Document(s)

**Docket Text:**
Filed order (PROCTER R. HUG, PAMELA ANN RYMER and JOHNNIE B. RAWLINSON) The motion to recall mandate and file a late petition for rehearing is DENIED.

The following document(s) are associated with this transaction:
**Document Description:** Order Filed (From Chambers)
**Original Filename:** 06-15873_ord.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/12/2008] [FileNumber=6643621-0] [617a54237a2bc56247d2badc537e5219000b810ebb0ff3aefdc8ecc054e4f264de94dad57fe5b850 28908c4adae9144d2f43be3c15e2554c7ca3300e0fe4ed10]]

**Notice will be electronically mailed to:**

Ching, Edric Ming-Kai, Attorney: edric.ching@usdoj.gov
Mrs. Moriyama, Rachel Shimazu, Assistant U.S. Attorney: Rachel.Moriyama@usdoj.gov, LVanderen@usa.doj.gov
USDC, Honolulu: hiddkt@hid.uscourts.gov

**Notice will be mailed to:**

Honorable Gillmor, Helen, U.S. District Judge
District of Hawaii (Honolulu)
United States Courthouse
300 Ala Moana Blvd.
Honolulu, HI 96850

Luiz, Shawn A., Attorney
Law Offices
Ste. 800
810 Richards Street
Honolulu, HI 96813

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6643621
**RELIEF(S) DOCKETED:**
  to recall mandate
**DOCKET PART(S) ADDED:** 5814228, 5783442, 5814229